UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA D. HAYWOOD,<br>    Plaintiff,<br>  v.<br>CALIFORNIA DEPARTMENT OF INSURANCE, et al.,<br>    Defendants. | Case No. 20-cv-03118-JCS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, who is housed in the Southern District, raises claims in this 42 U.S.C. § 1983 action against defendants in Sacramento, which is in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** June 2, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge